No. 1035. Torres, Plaintiff and Respondent, *v.* Pérez, Defendant and Appellant.—Appeal from the District Court of Arecibo. Motion of the respondent to dismiss the appeal. Decided October 6, 1913. Appeal dismissed for noncompli-

ance with the provisions of section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Pedro Gómez Lasserre* for respondent. The appellant did not appear.